UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>RONALD C. KRAUSHAR; and DOES 1-10,<br><br>    Defendants. | No. 2:14-cv-1097-KJM-EFB<br><br><br><br>ORDER TO SHOW CAUSE |

On October 30, 2014, the above-captioned case settled at a settlement conference conducted before the undersigned. That same day, the court issued an order directing the parties to file dispositional documents not later than December 1, 2014. ECF No. 12. The time for doing so has now expired and the parties have failed to timely file their dispositional documents.

Accordingly, the court hereby ORDERS that counsel for all parties are ORDERED TO SHOW CAUSE not later than fourteen (14) days from the date of this order why sanctions should not be imposed for failure to comply with the court's order directing the parties to file dispositional documents.

SO ORDERED.

DATED: December 4, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE